IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM HODGES ELLIS, individually d/b/a M & M Grocery, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 11-0510-CG-N |
| UNITED STATES OF AMERICA, | ) ) ) ) |
| Defendant. | ) |

### ORDER

The parties having filed a joint stipulation for dismissal with prejudice (Doc. 15), all claims in this matter are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his, or its own costs.

**DONE** and **ORDERED** this the 25th day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE